## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | |
|---|---|
| J. CARL COOPER, *et al.*       ) | |
|          Appellants,   ) | |
| v.                             ) | Record No. 15-1205 |
| MICHELLE K. LEE, *et al.*      ) | |
|          Appellees.    ) | |

## **MOTION FOR WITHDRAWAL OF COUNSEL**

Amy S. Owen, Esq. ("Ms. Owen"), in accordance with Local Rule 46(c) of the United States Court of Appeals for the Fourth Circuit, hereby requests leave from the Court to permit her to withdraw as counsel for J. Carl Cooper and eCharge Licensing, LLC. J. Carl Cooper and eCharge Licensing, LLC will not suffer any adverse effects from the withdrawal of Ms. Owen and will continue to be represented by Kristin A. Zech and Nicholas V. Cumings of BrigliaHundley, P.C. and Robert P. Greenspoon, Esq. of Flachsbart & Greenspoon, LLC. J. Carl Cooper and eCharge Licensing, LLC have consented to the withdrawal of Ms. Owen.

For the reasons stated in this Motion, and for any other reason(s) that the Court deems just and proper, Amy S. Owen respectfully requests that this Court grant her Motion for Withdrawal of Counsel.

Respectfully submitted,

    /s/  Amy S. Owen
Amy S. Owen (VSB No. 27692)
aowen@brigliahundley.com
Kristin A. Zech (VSB No. 68826)
kzech@brigliahundley.com
Nicholas V. Cumings (VSB No. 82022)
ncumings@brigliahundley.com
BrigliaHundley, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
Phone:  (703) 883-0880
Fax:  (703) 883-0899

*Counsel for Plaintiffs, J. Carl Cooper and eCharge Licensing, LLC*

## CERTIFICATE OF SERVICE

I, Amy S. Owen, hereby certify that on March 6, 2015, a copy of the foregoing Motion for Leave to Withdraw as Counsel was filed via the CM/ECF system, which will send an electronic notice (NEF) to counsel of record for Defendants and constitutes service under the Rules.

/s/  Amy S. Owen
Amy S. Owen (VSB No. 27692)
aowen@brigliahundley.com
Kristin A. Zech (VSB No. 68826)
kzech@brigliahundley.com
Nicholas V. Cumings (VSB No. 82022)
ncumings@brigliahundley.com
BrigliaHundley, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
Phone:  (703) 883-0880
Fax:  (703) 883-0899

*Counsel for Plaintiffs, J. Carl Cooper and eCharge Licensing, LLC*