FILED: March 9, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1205
(1:14-cv-00672-GBL-JFA)

_____

J. CARL COOPER; ECHARGE LICENSING, LLC

       Plaintiffs - Appellants

v.

MICHELLE K. LEE, in her capacity as Deputy Director of the United States Patent and Trademark Office; UNITED STATES PATENT & TRADEMARK OFFICE

       Defendants - Appellees

and

AFFINITY LABS OF TEXAS, LLC

       Amicus

_____

O R D E R

_____

The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk