FILED:  April 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1205
(1:14-cv-00672-GBL-JFA)

_____


J. CARL COOPER; ECHARGE LICENSING, LLC

            Plaintiffs - Appellants

v.

MICHELLE K. LEE, in her capacity as Deputy Director of the United States Patent
and Trademark Office; UNITED STATES PATENT & TRADEMARK OFFICE

            Defendants - Appellees

 and

AFFINITY LABS OF TEXAS, LLC

            Amicus

_____

O R D E R

_____

        The court grants the motion to suspend briefing pending resolution of the

motion to transfer.

                                For the Court--By Direction

                                /s/ Patricia S. Connor, Clerk