FILED: October 2, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1205
(1:14-cv-00672-GBL-JFA)
_____

J. CARL COOPER; ECHARGE LICENSING, LLC

      Plaintiffs - Appellants

v.

MICHELLE K. LEE, in her capacity as Deputy Director of the United States Patent and Trademark Office; UNITED STATES PATENT & TRADEMARK OFFICE

      Defendants - Appellees

and

AFFINITY LABS OF TEXAS, LLC

      Amicus

_____

O R D E R
_____

Upon consideration of the submissions relative to the motion to transfer, the court grants the motion. The appeal is transferred to the U. S. Court of Appeals for the Federal Circuit.

Entered by a panel consisting of Judge Agee, Judge Floyd and Judge Thacker.

For the Court

/s/ Patricia S. Connor, Clerk