# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Patricia S. Connor
Clerk

Telephone
804-916-2700

_____

## CLERK'S CERTIFICATE
_____

No. 15-1205,   J. Cooper v. Michelle Lee
1:14-cv-00672-GBL-JFA

I, Patricia S. Connor, Clerk of the United States Court of Appeals for the Fourth Circuit, do certify that the electronic documents on the court's CM/ECF docket constitute the proceedings in the United States Court of Appeals for the Fourth Circuit, as the same remain among the records and files of this court.

   /s/ Patricia S. Connor
Clerk of the United States Court
of Appeals for the Fourth Circuit

Date: 10/2/15